UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANDRIJANA MACKOVSKA, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:18-cv-01666-DOC-JDE<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON PLAINTIFF FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>Action Filed: September 13, 2018 |

On February 11, 2019, the parties were ordered by the Honorable David O. Carter, United States District Judge, to participate in a settlement conference before the undersigned United States Magistrate Judge. Dkt. 27, 28. Pursuant to an Order Setting Settlement Conference, a settlement conference was set for May 15, 2019. Dkt. 28 ("Order"). The Order directed, among other things,

> 1. **Confidential Settlement Statement and Key Term Sheet.** <u>At least seven court days before the settlement conference</u>, each party shall submit to the Magistrate Judge: (1) a confidential settlement statement not to exceed 15 pages which sets forth, at a minimum, the key facts and procedural posture of the case, a summary of the history and status of settlement discussions thus far, including the most recent offers/demands, the names and, where appropriate, titles of all persons who will be attending the settlement conference, and a specific position regarding settlement;

and (2) a "Term Sheet" with bullet points of any non-monetary
terms that the party considers necessary for settlement. The parties
are encouraged, but not required, to exchange confidential
settlement statements and Term Sheets, and the submissions
should be clearly marked as either shared or unshared.
Alternatively, with respect to confidential settlement statements,
the parties may submit a "shared" portion of the confidential
settlement statement, which is exchanged with counsel, and a
separate "unshared" portion, which is provided only for the
Magistrate Judge, but in such circumstances, the combined length
of the shared and unshared portions shall not exceed 15 pages and
each document shall be clearly marked as either shared or
unshared. . . .
    Confidential settlement statements and Term Sheets may be
delivered to the Court by email to chambers at
JDE_Chambers@cacd.uscourts.gov or directly to chambers in a
sealed envelope bearing the Caption and marked
"CONFIDENTIAL" at the courtesy copy drop box on the Sixth
Floor of the Santa Ana Courthouse.

Order at 2 (emphasis added).

After the issuance of the Order, the parties have requested and received three continuances of the settlement conference. Dkt. 31-34, 37, 38. Pursuant to the most then requested continuance, the settlement conference is now ordered to take place on July 24, 2019. Dkt. 38. Each order continuing the settlement conference, including the most recent order, provides that other than the continued date, "[a]ll other requirements in the [Order] remain in effect." See Dkt. 32, 34, 38. Thus, the mandated settlement statements and key term sheets were due to be provided to the Court by no later than July 17, 2019.

The Court has not received a settlement statement or key term sheet from Plaintiff nor has the Court received a request for additional time in which to provide the required items.

As a result, Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing, by July 22, 2019, why sanctions should not be imposed for failure to comply with the Order. Plaintiff may alternatively comply with this order to

show cause by submitting a fully compliant settlement statement and key term sheet to the Court by 4:00 p.m. on July 19, 2019.

**IT IS SO ORDERED.**

DATED: July 19, 2019

                                    JOHN D. EARLY
                                    United States Magistrate Judge